McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO, CSBN 165628
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DONALD MILLER, ) | CIVIL NO. 1:07-cv-00726-SMS |
|     Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
|     v. ) | EXTEND TIME |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's confidential letter be extended from December 20, 2007 to February 26, 2008.

    This is Defendant's **first** request for an extension of time to respond to Plaintiff's confidential letter.  Defendant seeks this extension because I, the undersigned Special Assistant United States Attorney, did not receive Plaintiff's Confidential Letter until today, January 25, 2008.  Today, I spoke to Plaintiff's attorney, Laura Lackey-Krank, who stated that she sent the letter to general mailbox at our office.  However, I never received the Confidential Letter.  This case was previously assigned to another agency attorney, Jacqueline Forslund, who also has no record of the Confidential Letter. Although I do not question Ms. Lackey-Krank's assertion that she sent the Confidential Letter, I simply have no record

of it. Thus, today, I requested the Confidential Letter from Ms. Lackey-Krank, and she promptly e-mailed it.

Given these circumstances, the undersigned Special Assistant United States Attorney requires additional time (30 days) to review the Confidential Letter, received today by e-mail, to review the file and prepare a response in this matter.

Respectfully submitted,

Dated: January 25, 2008        /s/ Laura Lackey-Krank
                               (As authorized via telephone)
                               LAURA LACKEY-KRANK
                               Attorney for Plaintiff

Dated: January 25, 2008        McGREGOR W. SCOTT
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                          By   /s/ Donna Montano
                               DONNA MONTANO
                               Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  1/29/2008

                                /s/ Sandra M. Snyder
                               THE HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge