1  LAURA KRANK
   ATTORNEY AT LAW:  220208
2  LAW OFFICES OF ROHLFING & KALAGIAN
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX:  562/432-2935
   Email:  lekrank@hotmail.com
5
   ATTORNEYS FOR PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 DONALD MILLER                          )  Case No.: CV 07-726 SMS
                                          )
12         Plaintiff,                     )  STIPULATION FOR THE AWARD
                                          )  AND PAYMENT OF ATTORNEY
13   vs.                                  )  FEES PURSUANT TO THE EQUAL
   MICHAEL J. ASTRUE,                     )  ACCESS TO JUSTICE ACT, 28
14 Commissioner of Social Security,       )  U.S.C. § 2412(d)
                                          )
15         Defendant.                     )
                                          )
16 _____)

17     IT IS HEREBY STIPULATED by and between Plaintiff DONALD

18 MILLER ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of

19 Social Security ("Defendant"), collectively as the "parties," through their

20 undersigned attorneys, subject to the approval of the Court, LAURA KRANK, as

21 Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses

22 under the EAJA in the amount of THREE THOUSAND SEVEN HUNDRED

23 DOLLARS ($3,700.00).  This amount represents compensation for all legal

24

25

-1-

PDF created with pdfFactory trial version www.pdffactory.com

-2-

1  services rendered by LAURA KRANK on behalf of Plaintiff in connection with
2  this civil action, in accordance with 28 U.S.C. § 2412(d).
3      This stipulation constitutes a compromise settlement of Plaintiff's request for
4  EAJA attorney fees, costs, and expenses, and does not constitute an admission of
5  liability on the part of Defendant under the EAJA.  Nor do Plaintiff, LAURA
6  KRANK, or Defendant resolve, settle, or compromise the question of whether
7  LAURA KRANK may be, is, or should be the direct payee of an award of fees,
8  costs, and expenses under the EAJA in the absence of an express or implied
9  assignment of such an award or whether any such award is free from or subject to
10 debts of Plaintiff, if any, under the Debt Recovery Act.
11     Payment of THREE THOUSAND SEVEN HUNDRED DOLLARS
12 ($3,700.00) in EAJA attorney fees, costs, and expenses to LAURA KRANK shall
13 constitute a complete release from and bar to any and all claims Plaintiff may have
14 relating to EAJA fees in connection.  Any payment shall be made payable to
15 Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25

PDF created with pdfFactory trial version www.pdffactory.com

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE:10/10/08                Respectfully submitted,

Rohlfing & Kalagian

         /s/ *Laura Krank*
BY: _____
Laura Krank
Attorney for plaintiff
DONALD MILLER

DATE: 10/5/08                McGregor W. Scott
United States Attorney
Lucille Gonzales Meis
Regional Chief Counsel, Region IX

By:    */s/-Laura Krank*
Eric K. H. Chinn
Special Assistant United States Attorney
Attorneys for Defendant
MICHAEL J. ASTRUE
Commissioner of Social Security
*[*By e-mail authorization December 10, 2008]*

## ORDER

IT IS SO ORDERED.

Dated:   12/11/2008

   /s/ Sandra M. Snyder
SANDRA M. SNYDER
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com